1 **BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
2 Alison Lippa, California Bar No. 160807
Michelle M. Cammarata, California Bar No. 250258
3 333 Market Street, 25th Floor
San Francisco, California 94105
4 Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
5 E-Mail:        cammaratam@bryancave.com

6 **Attorneys for Defendants**
7 Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP
8

9 **GENSER & WATKINS LLP**
Joshua G. Genser, California Bar No. 111526
10 125 Park Place, Suite 210
Point Richmond, California 94801
11 Telephone:    (510) 237-6916
Facsimile:    (510) 236-9851
12
Attorney for Plaintiffs
13 Faiyaz Khan and Rehana A. Khan

14

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIYAZ KHAN and REHANA A. KHAN,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, L.P., and DOES 1-10,<br><br>Defendants. | Case No. 4:11-cv-03853-YGR<br><br>**STIPULATION TO VACATE THE CASE MANAGEMENT CONFERENCE AND [*MODIFIED*] ORDER; AND SETTING COMPLIANCE HEARING FOR FILING STIPULATION OF DISMISSAL** |

SF01DOCS\82140.1

**STIPULATION AND [*MODIFIED*] ORDER**

TO THE COURT IN THE ABOVE ENTITLED ACTION:

Plaintiffs Faiyaz Khan and Rehana Khan ("Plaintiffs") and Defendant Bank of America, N.A, for itself and as successor by merger to BAC Home Loans Servicing, LP (collectively "Parties"), through their counsel of record, hereby enter into the following stipulation to vacate the Case Management Conference.

WHEREAS, a Case Management Conference is currently scheduled for Monday May 21, 2012 at 2:00 p.m.;

WHEREAS, Plaintiffs filed the First Amended Complaint on July 5, 2011;

WHEREAS, the Parties agreed to settle this matter on April 26, 2012;

WHEREAS, the First Amended Complaint will be dismissed as soon as the terms of the Settlement Agreement have been finalized and executed;

WHEREFORE, the Parties, by and through their respective counsel of record, hereby agree and request this Court to vacate the Case Management Conference currently scheduled for May 21, 2012.

**IT IS SO STIPULATED.**

Dated: May   , 2012          **BRYAN CAVE LLP**

By:  /s/ Michelle M. Cammarata
     Michelle M. Cammarata
     Attorney for Defendant
     BANK OF AMERICA, N.A., for itself and as successor by merger to BAC HOME LOANS SERVICING, LP

Dated: May 6 , 2012          **GENSER & WATKINS, LLP**

By:  /s/ Joshua Genser
     Joshua G. Genser
     Attorney for Plaintiffs
     Faiyaz Khan and Rehana A. Khan

SF01DOCS\82140.1                    2
**STIPULATION AND [*MODIFIED*] ORDER**

### [*MODIFIED*] ORDER

Having reviewed the above stipulation of Plaintiffs Faiyaz Khan and Rehana Khan and Defendant Bank of America, N.A, for itself and as successor by merger to BAC Home Loans Servicing, LP and good cause appearing therefore, the Case Management Conference scheduled for May 21, 2012, is hereby **VACATED**.

The Court understands that the above-captioned case has settled. A Compliance Hearing shall be held on **Friday, June 29, 2012** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse located at 1301 Clay Street, Oakland, California, in a courtroom to be designated.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the Compliance Conference will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

This Order Terminates Docket Number 32.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 9, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**