United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FAIYAZ KHAN *et al.*,

      Plaintiffs,

    vs.

BANK OF AMERICA, N.A. *et al.*,

      Defendants.

Case No.: 11-CV-03853 YGR

ORDER CONTINUING COMPLIANCE HEARING

     The Court has reviewed the parties' Joint Report *re* Settlement, Dkt. No. 34.  The Compliance Hearing set for June 29, 2012 is hereby CONTINUED to **Friday, July 27, 2012** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse located at 1301 Clay Street, Oakland, California, in a courtroom to be designated.

     Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page JOINT STATEMENT setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the Compliance Conference will be taken off calendar.

     Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

     IT IS SO ORDERED.

Date: June 26, 2012

_____

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE